BEFORE THE THIRD DIVISION, APRIL 22, 1969

**No. P69/117.**—Arnart Imports, Inc. *v.* United States, protests 61/5871, etc. (New York).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of plaques similar in all material respects to those the subject of *Arnart Imports, Inc.* v. *United States* (54 Cust. Ct. 187, C.D. 2531), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, APRIL 23, 1969

**No. P69/118.**—Engis Equipment Company *v.* United States, protest 65/20876(B) (New York).

NEWMAN, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of X-ray apparatus similar in all material respects to those the subject of *Tice & Lynch, Inc.* v. *United States* (57 Cust. Ct. 516, C.D. 2862), the claim of the plaintiff was sustained.

**No. P69/119.**—Fabius & Co., Inc. *v.* United States, protest 63/3660 (New York).

NEWMAN, J. In accordance with stipulation of counsel that the items of merchandise marked "A", covered by the foregoing protest, consist of inner tubes similar in all material respects to those the subject of *Seedman International Corp. et al.* v. *United States* (60 Cust. Ct. 127, C.D. 3285) and that the items of merchandise marked "B" consist of synthetic rubber rimstrips in part of carbon, not dedicated to use with bicycles, the claim of the plaintiff was sustained.